# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP DIXON,<br><br>        Petitioner,<br><br>     v.<br><br>CYNTHIA ENTZEL, Warden,<br><br>        Respondent. | Case No. EDCV 17-0858-AB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing First Amended Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 7, 2017

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE